# EXHIBIT 1

Omar Anas
1822 East Route 66 Ste A458
Glendora, CA 91740

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## IN THE COUNTY OF LOS ANGELES

FILED
Superior Court of California
County of Los Angeles
AUG 25 2020
Sherri R. Carter, Executive Officer/Clerk of Court
By_____ Deputy
Cristina Grijalva

Omar Anas, an individual
**Plaintiff**

V.

Walgreens Pharmacy

**Defendant**

CASE NO:

20STCV32331

**COMPLAINT FOR DAMAGES**

1. COMPENSATION FOR UNLAWFUL TERMINATION
2. EMOTIONAL/PSYCHOLOGICAL DAMAGES

Plaintiff, Omar Anas, respectfully alleges the following:

### GENERAL ALLEGATIONS

**(1.)**

Made Defendant in this matter is Walgreens Pharmacy where the Plaintiff in this suit was working until her unlawful dismissal.

**(2.)**

When the United States was hit by Coronavirus, there was an increase in demand over certain medications and equipment like a thermometer that was used to monitor the temperature to establish symptoms of Corona Virus.

**(3.)**

As it was the norm in the facility of the Defendant, a customer walked in and approached the Plaintiff and requested for a thermometer.

**(4.)**

The Plaintiff informed the client that the pharmacy had ran out of thermometers, out of good gesture the Plaintiff offered to sell to the client his thermometer but before that asked the client if she could purchase that of the Plaintiff

(5.)

The Customer did not respond to the Plaintiff in turn, she went to the store manager and complained that the Plaintiff was hoarding essential goods and ripping customers off. The customer insisted that the Plaintiff was doing an illegal activity.

(6.)

An act of kindness and good gesture by the Plaintiff was misconstrued and interpreted in a manner that the Plaintiff did not anticipate.

(7.)

The store manager came to the Plaintiff and yelled at him and sent him home and reported the matter to the Human Resource for dismissal.

(8.)

The Store Manager seemed to have a personal vendetta against the Plaintiff as it has been exhibited in several instances. One of the scenarios that the Plaintiff could remember vividly was when the manager was sitting down near the chair and Plaintiff asked her if she wanted to come in, the manager respondent with an attitude, "Yeah, what do you think I have been doing." Another instance was when the Plaintiff asked if she needed to attend a meeting in the office, the response of the store manager was "*You damn sure will*" This was an inappropriate response considering the title the Store Manager had.

(9.)

The action of the Store manager to send the Plaintiff home shows how biased she was and how she resented the Plaintiff. There was no investigation or inquiry to the statement that the customer represented to the store manager.

(10.)

The store manager in sending the Plaintiff home quoted that the client was not happy. This was not a satisfactory or rather the standard provided by the labor law as a complaint lodged must be investigated before sending an employee home.

## COUNT ONE

The Plaintiff pleads that this court finds the Defendant liable for unlawful dismissal as there were no standard procedures followed in terminating her services. California Fair Employment and Housing Act under (§§ 12940-12952) provides for unlawful practices that should not be conducted by the employer. In this case, termination without investigation and notice amounts to search unlawful practices.

## COUNT TWO

The employment laws of California protect any and every employee from any form of discrimination. In this instance, the employer exhibited tendencies of discrimination against the Plaintiff as there was no formal inquiry into the allegation made by the customer. Further, the Defendant through its store manager disliked the employee and can, therefore, be said to have used the opportunity to punish the Plaintiff. The *California Fair Employment and Housing Act* protect employers with more than five employees from practicing any form of Discrimination. It can, therefore, be stated that the employer had violated this act as the Plaintiff was discriminated when the actions were taken against him

## COUNT THREE.

An order be issued by the honourable court for awarding the Plaintiff the following as Compensation;

- Two-year pharmacist Intern student salary full time at $16 per hour x (8x5) weekly hours' x (4 weeks) x (52 weeks) x 2 years missed x2 + Years emotional Psychological Damage ($1,000,000=500,000 each year)
- The Plaintiff is claiming a total of one million and sixty thousand dollars ($1,060,000)

### Conclusion

The employer mistreated and mishandled the Plaintiff while he was working with the Pharmaceutical. The process of firing the Plaintiff went against the California Fair Employment and Housing Act. Due process was not followed as there was no investigation to back up the allegation of the customer that the Plaintiff was hoarding products to sell them at a higher price.

An act of kindness and good gesture was misinterpreted by the customer as exploitation, whereas the Plaintiff only wanted to assist. She had not even quoted the price but rather asked the customer is she needed the thermometer she could purchase hers. The Plaintiff intended to replace his once the stock came in.

The relationship between the Plaintiff and the store manager seemed to have been not that rosy, this is explained by the act of immediate dismissal without any form of the investigation being undertaken.

The court is the custodian of justice and it seeks to remind employers to follow due procedure. The employer in this instance failed to employ or rather use the provisions

of the law. The action of firing the Plaintiff does not the only amount to discrimination it shows how the employer was focused on abusing its employees psychologically and emotionally while firing them. The court should, therefore, award the employee the damages sought as it will also act as a form of deterrence to other employers who would similarly treat their employees.

                                    Respectfully submitted,

                                    X Omar Anas_____

Please Serve:
Walgreens Pharmacy