JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ANAS,<br><br>        Plaintiff,<br><br>        v.<br><br>WALGREEN PHARMACY SERVICES MIDWEST, LLC,<br><br>        Defendant. | Case No. CV 20-8970 FMO (RAOx)<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the above-captioned case is **dismissed without prejudice**.

Dated this 30th day of November, 2020.

/s/
Fernando M. Olguin
United States District Judge